IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

MICHAEL LEROY THOMAS, )
)
Plaintiff, )
)
vs. )
) Civil Action Number
JOHN NAGLE, ERIC JONES, THOMAS ) 02-C-1190-W
BUTLER, and CASSANDRA CARLTON, )
)
Defendants. )

## MEMORANDUM OPINION

The Court has carefully considered the Magistrate Judge's Report and Recommendation. It has also given careful consideration to the Plaintiff's handwritten objections. These objections are not supported by the current state of the law. Therefore, they are due to be overruled.

The Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge. Accordingly, by separate order, this case will be dismissed.

Done this 24th day of July, 2002.

Chief United States District Judge
U.W. Clemon